UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Case No. 8:03-cv-537-T-24 TGW

MAUREEN M. LEVY-JONES,

    Defendant.
_____/

## **ORDER**

      This cause comes before the Court on Plaintiff's Motion for Summary Judgment. (Doc. No. 14). Defendant has not responded to the motion, and as such, the motion is deemed to be unopposed.[1]

      Plaintiff filed suit against Defendant due to her non-payment of student loans. Defendant had taken out four student loans during the period of 1983 to 1985. When Defendant had not repaid the loans in 1991, the Department of Health and Human Services paid $50,299 and received an assignment of the underlying promissory notes. Plaintiff has filed a Certificate of Indebtedness that shows that as of July 12, 2002, the amount of the student loan debt (principal plus interest) was $112,166.25. Furthermore, that amount continued to accrue interest at a variable rate, as set forth in the underlying promissory notes.

---

    [1] On February 3, 2012, this Court issued an order directing Defendant to show cause as to why Plaintiff's Motion for Summary Judgment should not be considered without her response. The Court warned Defendant that failure to respond would result in the Court considering the motion to be unopposed.

In the instant motion for summary judgment, Plaintiff requests a judgment in the amount of the current loan debt (principal plus interest). Upon consideration, the Court finds that summary judgment is warranted.

Accordingly, it is ORDERED AND ADJUDGED that Plaintiff's Motion for Summary Judgment (Doc. No. 14) is **GRANTED**. The Clerk is directed to enter judgment in favor of Plaintiff in the amount of $177,777.33.

**DONE AND ORDERED** at Tampa, Florida, this 24th day of February, 2012.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
All Parties and Counsel of Record